

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ST. PAUL'S PROTESTANT EPISCOPAL
CHURCH OF THE VILLAGE OF OAKWOOD

**JUDGMENT IN A CIVIL CASE**

v.

CITY OF OAKWOOD

Case Number: C-3-88-230

<u>XXX</u>  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant and against the Plaintiff, dismissing Plaintiff's federal and state constitutional claims (the first and second claims for relief in its complaint) with prejudice; the Court declined to exercise pendent jurisdiction over the third and fourth claims in Plaintiff's complaint and judgment is entered dismissing those claims without prejudice; and

that the captioned case is hereby terminated.

<u>March 3, 1993</u>
Date

<u>Kenneth J. Murphy</u>
Clerk

*Teresa J. Wonderly*
(By) Deputy Clerk